OMAR T. SULAIMAN
osulaiman@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE B. LEYVA, | Case No. 2:19-cv-04693-MRW |
| Plaintiff, | **ORDER** |
| v. | |
| WESTERN DENTAL SERVICES, INC., | |
| Defendant. | |

## ORDER ON DISMISSAL WITHOUT PREJUDICE

Plaintiff, SKYE B. LEYVA ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal without prejudice, with leave to reinstate within 45 days and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice, to become with prejudice after 45 days.

Dated: August 16, 2019

_____
Magistrate Judge, U.S. District Court